# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

CHRISTIAN FRANCESCO ANZALONE,

      Plaintiff.

v.                                   CIVIL ACTION NO. 5:22-cv-00090

TATIANA VLADIMIROVNA ANZALONE,

      Defendant.

## ORDER

Pending is Plaintiff's Complaint, filed February 22, 2022. [Doc. 2]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on March 4, 2022. Magistrate Judge Aboulhosn recommended that the Court deny the Application to Proceed without Prepayment of Fees or Costs, dismiss the Complaint with prejudice, and remove the matter from the Court's docket. [Doc. 4].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections were due on March 21, 2022. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 4]**, **DENIES** the Application to Proceed Without Prepayment of Fees or Costs **[Doc. 1]**; **DISMISSES** the Complaint with prejudice **[Doc. 2]**, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: April 11, 2022

Frank W. Volk
United States District Judge